UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-21527-CIV-King/Moore/Garber

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

FOCUS FINANCIAL ASSOCIATES, INC.;
FOCUS DEVELOPMENT CENTER, INC.;
MAX FRANCOIS; AIBY PIERRE-LOUIS;
and JEAN FRITZ MONTINARD,

    Defendants.
_____/

### **ORDER**

THIS CAUSE is before the Court *sua sponte*. The Court has been advised that the defendant Aiby Pierre-Louis has executed settlement documents in this cause and that his pending Motion for Sanctions (DE72) is moot. Accordingly, it is hereby

ORDERED that the aforesaid motion is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of October, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record